IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN R. MOORE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1.  An evidentiary hearing on defendant's motion to suppress, filing 27, will be held before the undersigned on August 1, 2005 beginning at 1:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.  Based on defendant Moore's request, a three-hour hearing is scheduled.

2.  Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

3.  As to all defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.


DATED this 6th day of July, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge