IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | |
| | 4:05CR3016 |
| v. | |
| BRIAN R. MOORE and PHYLANDRIA D. WATFORD, | ORDER |
| Defendants. | |

IT IS ORDERED:

Trial as to <u>both</u> defendants is set for November 7, 2005 for a duration of three trial days before the Honorable Richard G. Kopf. Jury selection will be held at commencement of trial.

DATED this 2nd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge