```
                                                              FILED
                                                         U.S. DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT            DISTRICT OF NEBRASKA
            FOR THE DISTRICT OF NEBRASKA
                                                         2005 SEP -1  PM 4: 27
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | OFFICE OF THE CLERK |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:05CR3016 |
| BRIAN R. MOORE, | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Detention and Order under seal.

DATED this _1st_ day of September, 2005.

BY THE COURT:

_/s/ David L. Piester_
The Honorable David L. Piester
United States Magistrate Judge