IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIAN R. MOORE and )<br>PHYLANDRIA D. WATFORD, )<br>)<br>Defendants. ) | Case No. 4:05CR3016 |

### ORDER

THIS MATTER comes before the Court on Defendant Moore's Unopposed Motion to Continue Trial, filing 59, from November 7, 2005, for approximately 45 to 60 days. The Court, being fully advised in the premises, and noting that the government and the co-defendant have no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the trial <u>as to both defendants</u> shall be continued until January 17, 2006, at 9:00 a.m. The defendants are ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial. Further, that taking such action outweighs the best interests of the public and the defendants in a speedy trial. Accordingly, said continuance shall be excludable time pursuant to 18 <u>U.S.C.</u> §3161(h)(8)(A).

Dated this 28th day of October, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge