```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:05CR3016 |
| v. | ) | |
| | ) | |
| BRIAN R. MOORE, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Upon Defendant's oral motion to continue the plea hearing, and his waiver of speedy trial time in open court,

IT IS ORDERED:

1. The motion is granted and the change of plea hearing is continued to March 6, 2006 at 1:30 p.m.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3. Defendant shall appear at the hearing.

DATED this 1st day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge