IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRIAN R. MOORE,<br><br>    Defendant. | 4:05CR3016<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (filing no. 169), is granted.

2) The court's order entered on October 23, 2012, (Filing No. 164), is modified to allow Mr. Moore to be absent from the Clean & Sober living house overnight for employment purposes.

3) In all other respects, the defendant's terms and conditions of supervised release imposed at sentencing, as modified by the court's October 23, 2012 order, remain in effect.

  February 27, 2013.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge